LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants,*
*Las Vegas Metropolitan Police Department,*
*Colin Haynes, Lt. Nathan Chio*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT COACHE, an Individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity; CLARK COUNTY, a political subdivision of the State of Nevada and a government entity: MARC DIGIACOMO, an individual and an employee of a government entity; SARAH E. OVERLY, an individual and an employee of a government entity; COLIN HAYNES, an individual and an employee of a government entity; NATHAN CHIO, an individual and an employee of a government entity; and DOES 1-30,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01334-RFB-BNW<br><br>**JOINT MOTION TO EXTEND TIME FOR LVMPD DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br>**(FIRST REQUEST)** |

Defendants Las Vegas Metropolitan Police Department, Colin Haynes and Lt. Nathan Chio (collectively "LVMPD Defendants"), by and through their counsel Kaempfer Crowell, and Plaintiff Robert Coache, by and through his counsel Ralph Schwartz from Ralph Schwartz, PC and Edwin Brown from Brown Clark Le Ames Stedman & Cevallos LLP (*Pro*

*Hac Vice pending*) submit this Joint Motion to Extend Time for LVMPD Defendants to Answer or Otherwise Respond to the Complaint (First Request).

1. On July 14, 2021, Plaintiff filed his Complaint. The LVMPD Defendants were served on November 1, 2021. The current deadline for LVMPD Defendants to answer or otherwise respond by motion to Plaintiff's Complaint is November 22, 2021.

2. On Wednesday, November 10, 2021, counsel for LVMPD Defendants communicated with Plaintiff's Counsel via phone regarding a two-week extension within which to file a response to the Complaint, and Plaintiff's Counsel agreed to the extension.

3. The requested extension is necessary to ensure that LVMPD Defendants' Counsel has adequate time to review all pleading allegations, accurately respond to each, and form defenses at this preliminary stage.

4. This Joint Motion is made in good faith and not for the purposes of delay.

5. Plaintiff has agreed to extend the deadline in which LVMPD Defendants respond by motion or pleading to Plaintiff's Complaint up to and including December 6, 2021. This is the first motion for extension of time for LVMPD Defendants to respond to Plaintiff's Complaint

DATED this 17th day of November, 2021.

| KAEMPFER CROWELL | RALPH A. SCHWARTZ, PC |
|---|---|
| By: /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>KRISTOPHER J. KALKOWSKI<br>Nevada Bar No. 14892<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135<br>***Attorneys for Defendants,***<br>***Las Vegas Metropolitan Police***<br>***Department, Colin Haynes, Lt. Nathan Chio*** | By: /s/ *Ralph A. Schwartz*<br>RALPH A. SCHWARTZ<br>Nevada Bar No. 5488<br>400 S. 7th Street, Suite 100<br>Las Vegas, NV 89101<br><br>EDWIN B. BROWN<br>*(Pro Hac Vice Pending)*<br>California Bar No. 89447<br>BROWN CLARK LE AMES STEDMAN & CEVALLOS LLP<br>22342 Avenida Empresa, Ste. 125<br>Rancho Santa Margarita, CA 92688<br>***Attorneys for Plaintiff, Robert Coache*** |

**Order**

IT IS SO ORDERED

DATED: 4:46 pm, November 18, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**