1  **RALPH A. SCHWARTZ PC**
   Ralph A. Schwartz
2  400 S. Seventh Street, Suite 100
   Las Vegas, NV 89101
3  Phone: (702) 888-5291
   Fax: (702) 888-5292
4  Email: rschwartz@888law1.com

5
   **BROWN & STEDMAN LLP**
6  Edwin B. Brown (Pro Hac Vice Pending)
   22342 Avenida Empresa, Suite 125
7  Rancho Santa Margarita, CA 92688
   Phone: (949) 459-5900 Fax: (949) 713-7722
8  Email: edbrownlaw@gmail.com

9  Attorneys for Plaintiff Robert Coache

10                    **UNITED STATES DISTRICT COURT**

11                       **FOR THE DISTRICT OF NEVADA**

12

13  ROBERT COACHE, An Individual,              Case No.:  2:21-cv-01334-RFB-BNW

14                  Plaintiff,                 **JOINT MOTION TO EXTEND TIME
                                               FOR PLAINTIFF TO FILE AND
15                                             SERVE OPPOSITION TO MOTION TO
    vs.                                        DISMISS**
16

17                                             **[FIRST REQUEST]**

18  LAS VEGAS METROPOLITAN POLICE
    DEPARTMENT, CLARK COUNTY,
19  MARC DIGIACOMO, COLIN HAYNES,
    NATHAN CHIO, and DOES 1-30,
20

21                  Defendants.

22

23      Plaintiff Robert Coache ("Plaintiff"), by and through his counsel Ralph A Schwartz,

24  PC, and Brown, Clark, Le, Stedman & Cevallos LLP, and Defendants Clark County, Las

25  Vegas Metropolitan Police Department, Colin Haynes, and Lt. Nathan Chio ("Defendants"),

26  by and through their counsel, Lyssa S. Anderson Esq., and Kaempfer Crowell, submit this

27

28
                **MOTION TO CONTINUE TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

                                              1

joint motion to extend time for Plaintiff to file and serve his opposition to Defendants' Motion to Dismiss.

Defendants filed and served their Motion to Dismiss on December 6, 2021. The current deadline for Plaintiff to file the opposition to the Motion is December 20, 2021. Plaintiff requests an additional thirty (30) days to file his opposition to the Motion to Dismiss. The requested extension is needed to ensure that Plaintiff has adequate time to adequately respond to the Motion to Dismiss. The extension is also needed due to the upcoming holidays. The requested extension is made in good faith and not for the purpose of delay. This is Plaintiff's first request for an extension to oppose the Motion to Dismiss. The new date for the filing and serving of the opposition would be January 20, 2022.

Dated: December 7, 2021                     RALPH A SCHWARTZ PC

By: /s/ Ralph A. Schwartz, Esq.
Ralph A Schwartz
Counsel for Plaintiff Robert Coache

Dated: December 7, 2021                     KAEMPFER CROWELL

By: /s/ Lyssa Anderson, Esq.
Lyssa Anderson
Counsel for Defendants Las Vegas Metropolitan Police Department, Colin Haynes, and Lt. Nathan Chio

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 20, 2021

**MOTION TO CONTINUE TIME TO FILE OPPOSITION TO MOTION TO DISMISS**