STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT DAVIS**
Deputy District Attorney
State Bar No. 10019
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
Attorneys for Marc DiGiacomo, Sarah Overly and Clark County

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT COACHE, | |
| Plaintiff, | Case No:   2:21-cv-01334-GMN-BNW |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY; MARC DIGIACOMO; SARAH E. OVERLY; COLIN HAYNES; NATHAN CHIO, | STIPULATION TO STAY DISCOVERY |
| Defendants. | |

Defendants Marc DiGiacomo, Sarah Overly and Clark County ("District Attorney defendants"), Defendants Las Vegas Metropolitan Police Department and Colin Haynes and Nathan Chio ("LVMPD Defendants") and Plaintiff Robert Coache ("Coache") hereby stipulate as follows:

1) Discovery shall be stayed pending ruling on District Attorney defendants Motion to Dismiss (ECF # 29) and LVMPD defendants Motion to dismiss (ECF # 33), or for a period of 90 days, whichever is earliest.

2) The stay on discovery is further subject to potential lifting of the stay upon terms and conditions that the parties and the court deem just;

3) The stay shall include all discovery;

4) This stipulation does not prejudice the rights of any parties to move for a stay of discovery upon the lifting of the present stay on discovery;

5) The parties agree that all pending discovery disclosures, including initial disclosures, will be made within fourteen (14) days of the Court's lifting of the stay pursuant to the conditions stated in section 1 of this stipulation;

6) The parties will submit a proposed Discovery Plan to the Court, if necessary, within fourteen (14) days of the lifting of the stay pursuant to the conditions stated in section 1 of this stipulation;

DATED this 9th day of February, 2022

| BROWN CLARK LE AMES STEDMAN & CEVALLOS, LLP | CLARK COUNTY DISTRICT ATTORNEY |
|---|---|
| By: _____<br>Edwin B. Brown, Esq.<br>Admitted *pro hace vice*<br>225 Hospitality Lane, Ste. 314<br>San Bernadino, CA 92408<br>Attorneys for Plaintiff | By: /s/ Scott Davis<br>Scott Davis, Deputy District Attorney<br>Nevada Bar No. 10019<br>500 S. Grand Central Pkwy # 5075<br>Las Vegas, NV 89155<br>Attorneys for Defendants Marc DiGiacomo, Sarah Overly and Clark County |

KAEMPFER CROWELL

By: /s/ Lyssa Anderson
Lyssa S. Anderson
Nevada Bar No. 5781
1980 Festival Plaza, Ste. 650
Las Vegas, NV 89135
Attorneys for Defendants Las Vegas Metropolitan Police Department, Colin Haynes and Nathan Chio

**ORDER**
**IT IS SO ORDERED**

**DATED:** 7:37 pm, February 10, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# Aisha Rincon

**To:** Scott Davis
**Subject:** RE: Coache Stipulation

Hi Scott,

I approve the stipulation. You may use my e-signature to file.

Thanks,

Lyssa



Lyssa S. Anderson
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
Tel:  (702) 792-7000
Fax:  (702) 796-7181
Email: landerson@kcnvlaw.com

| BIO  | WEBSITE  | VCARD |

---

**From:** Scott Davis
**Sent:** Wednesday, February 2, 2022 11:55 AM
**To:** Lyssa Anderson <landerson@kcnvlaw.com>; Edwin Brown <edbrownlaw@gmail.com>
**Subject:** Coache Stipulation

> Attached is a draft stipulation to stay discovery for 90 days in the Coache matter, as we discussed yesterday.  Please review and let me know if you have any changes you would like. Thanks

Scott Davis
Deputy District Attorney
Office of the Clark County District Attorney
Civil Division
500 S. Grand Central Parkway # 5075
Las Vegas NV, 89155
(702) 455-4761 Phone
(702) 382-5178 (Fax)
E-MAIL: Scott.Davis@clarkcountyda.com

1



This e-mail may be privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or use of this e-mail (including any reliance thereon) is prohibited. If you received this e-mail in error, please immediately contact the sender and delete the material in its entirety.