1

**RALPH A. SCHWARTZ PC**
**Ralph A. Schwartz**
2  400 S. Seventh Street, Suite 100
Las Vegas, NV 89101
3  Phone: (702) 888-5291
Fax: (702) 888-5292
4  Email: rschwartz@888law1.com

5

**BROWN & STEDMAN LLP**
6  **Edwin B. Brown (Pro Hac Vice)**
22342 Avenida Empresa, Suite 125
7  Rancho Santa Margarita, CA 92688
Phone: (949) 459-5900 Fax: (949) 713-7722
8  Email: edbrownlaw@gmail.com

9  Attorneys for Plaintiff Robert Coache

10  **UNITED STATES DISTRICT COURT**

11  **FOR THE DISTRICT OF NEVADA**

12

13  ROBERT COACHE, an Individual,

14                          Plaintiff,

15

16  vs.

17

18  LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, et. al.,

19

20                          Defendants.

21

**Case No.:  2:21-cv-01334-RFB-BNW**

**STIPULATION AND MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE AND SERVE AN AMENDED COMPLAINT**

**[FIRST REQUEST]**

22         Plaintiff Robert Coache ("Plaintiff"), by and through his counsel Ralph A. Schwartz,

23  PC, and Brown, Clark, Le, Ames, Stedman & Cevallos LLP, and Defendants Colin Haynes,

24  and Nathan Chio, by and through their counsel, Lyssa S. Anderson Esq., and Kaempfer

25  Crowell, and defendants Marc DiGiacomo and Sara Overly, by and through their counsel,

26  Steven B. Wolfson, District Attorney for Clark County, and deputy district attorney Scott

27  Davis, submit this stipulation and joint motion to extend time for Plaintiff to file and serve his

28  amended complaint.

**MOTION TO EXTEND TIME FOR AMENDED COMPLAINT**

1

1  On September 14, 2022, the Court heard and granted Defendants' motions to dismiss
2  Plaintiff's Complaint (ECF Nos. 29, 33). The Court granted Plaintiff thirty (30) days leave to amend
3  his complaint as to Defendants Haynes, Chio, DiGiacomo, and Overly. Thus, the Court's deadline for
4  Plaintiff to file and serve the amended complaint is October 14, 2022 (ECF No. 54).
5  Plaintiff's counsel has incurred a loss of time to prepare the amended complaint due to health
   issues and has also had to obtain, and is reviewing, hundreds of pages of documents concerning the
6  Defendants' pre-prosecution investigation of Plaintiff. Plaintiff therefore requests an additional
7  twenty (20) days to file and serve his amended complaint.
8  The requested extension is made in good faith and not for the purpose of delay. This is
9  Plaintiff's first request for an extension to file the amended pleading. The new date for filing and
10 serving the Amended Complaint would be November 3, 2022.

11

12 Dated:  October 4, 2022.                    RALPH A SCHWARTZ PC

13

14                                             By:   /S/ Ralph A. Schwartz

15                                                   Ralph A Schwartz
                                                     Counsel for Plaintiff Robert Coache
16

17 Dated:  October 4, 2022.                    KAEMPFER CROWELL
18

19                                             By:   /S/ Lyssa Anderson
20                                                   Lyssa Anderson
                                                     Counsel for Defendants Colin Haynes, and
21                                                   Lt. Nathan Chio

22

23 Dated:  October 4, 2022.                    STEVEN B. WOLFSON District Attorney

24

25          **ORDER**                          By:   /S/ Scott Davis
            IT IS SO ORDERED                          By:  SCOTT DAVIS Deputy District
26          DATED: 3:24 pm, October 06, 2022         Attorney Counsel for Defendants Colin
                                                     Haynes, and Lt. Nathan Chio
27          BRENDA WEKSLER
            UNITED STATES MAGISTRATE JUDGE
28

             **MOTION TO EXTEND TIME FOR AMENDED COMPLAINT**

                                        2

## DECLARATION OF EDWIN B. BROWN

Edwin B. Brown declares:

1.     I am an attorney licensed to practice law in the State of California. This Court granted my petition to serve as counsel for Plaintiff pro hac vice, along with Ralph A. Schwartz PC. If called as an attorney, I could and would testify to the facts set forth below based on my personal knowledge.

2.     On September 14, 2022, the Court heard and granted Defendants' motions to dismiss Plaintiff's complaint (ECF Nos. 29, 33). The Court granted Plaintiff thirty (30) days leave to amend his Complaint as to Defendants Haynes, Chio, DiGiacomo, and Overly (ECF No. 54).

3.     I have chronic ulcerative colitis, a condition that sometimes interferes with my ability to attend court or work long hours in my practice. I had a flare up of the disease on the morning of September 14th, the time and date of our oral argument on the motion. Active symptoms lasted for almost one week thereafter, I therefore lost some time to prepare the Amended Complaint.

4.     I have also had to obtain, and am now reviewing, hundreds of pages of documents concerning the Defendants' pre-prosecution investigation of Plaintiff in order to add facts to Plaintiff's Amended Complaint.

5.     Plaintiff therefore requests an additional twenty (20) days to file and serve his Amended Complaint. The requested extension is made in good faith and not for the purpose of delay. Both defense counsel have agreed to the extension.

6.     This is Plaintiff's first request for an extension to file the amended pleading. The new date for filing and serving the Amended Complaint would be November 3, 2022.

Executed on October 4, 2022, at Rancho Santa Margarita, California.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

_____
Edwin B. Brown

**MOTION TO EXTEND TIME FOR AMENDED COMPLAINT**

3