LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants,*
*Colin Haynes, Lt. Nathan Chio*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT COACHE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARC DIGIACOMO, an individual and an employee of a government entity; COLIN HAYNES, an individual and an employee of a government entity;  NATHAN CHIO, an individual and an employee of a government entity; and DOES 1-30,<br><br>Defendants. | Case No.:   2:21-cv-01334-RFB-BNW<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>(First Request) |

Defendants, Colin Haynes and Lt. Nathan Chio ( "LVMPD Defendants"), by and through their counsel Kaempfer Crowell, Defendant Marc DiGiacomo, by and through his counsel Deputy District Attorney, Scott Davis, and Plaintiff, Robert Coache, by and through his counsel Ralph Schwartz from Ralph Schwartz, PC and Edwin Brown from Brown Clark Le Ames Stedman & Cevallos LLP, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (the "Stipulation").  This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3272842_1.docx  6943.254

Page 1 of 3

Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Amended Complaint.

The LVMPD Defendants and DiGiacomo were served with Plaintiff's Amended Complaint on November 1, 2022 via CM/ECF. The instant extension is requested as the Defendants' Counsel require additional time to prepare a responsive pleading to the Plaintiff's Amended Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including November 29, 2022, for Defendants to file an answer or otherwise respond to Plaintiff's Amended Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Amended Complaint.

DATED this 3rd day of November, 2022.

| RALPH A. SCHWARTZ, PC | KAEMPFER CROWELL |
|---|---|
| /s/ Edwin B. Brown | /s/ Lyssa S. Anderson |
| RALPH A. SCHWARTZ<br>Nevada Bar No. 5488<br>400 S. 7th Street, Suite 100<br>Las Vegas, NV 89101<br><br>EDWIN B. BROWN<br>*(Admitted Pro Hac Vice)*<br>California Bar No. 89447<br>BROWN CLARK LE AMES STEDMAN & CEVALLOS LLP<br>22342 Avenida Empresa, Ste. 125<br>Rancho Santa Margarita, CA 92688<br>**Attorneys for Plaintiff, Robert Coache** | LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>KRISTOPHER J. KALKOWSKI<br>Nevada Bar No. 14892<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants,**<br>**Colin Haynes, Lt. Nathan Chio** |

///
///
///

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 4th day of November, 2022.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3272842_1.docx  6943.254

Page 2 of 3

CLARK COUNTY DISTRICT ATTORNEY

*/s/ Scott Davis*

STEVEN B. WOLFSON
Nevada Bar No. 1565
SCOTT DAVIS
Nevada Bar No. 10019
TIMOTHY ALLEN
Nevada Bar No. 14818
500 South Grand Central Pkwy
Las Vegas, NV 89155-2215

***Attorneys for Marc DiGiacomo***

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3272842_1.docx  6943.254

Page 3 of 3