LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendants,*
*Colin Haynes, Lt. Nathan Chio*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT COACHE, an Individual,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>MARC DIGIACOMO, an individual and an employee of a government entity; COLIN HAYNES, an individual and an employee of a government entity;  NATHAN CHIO, an individual and an employee of a government entity; and DOES 1-30,<br><br>　　　　　　Defendants. | Case No.:   2:21-cv-01334-RFB-BNW<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO FILE RESPONSES TO MOTIONS TO DISMISS [ECF NOS. 61 and 62]**<br><br>(Second Request) |

Defendants, Colin Haynes and Lt. Nathan Chio ( "LVMPD Defendants"), by and through their counsel Kaempfer Crowell, Defendant Marc DiGiacomo, by and through his counsel Deputy District Attorney, Scott Davis, and Plaintiff, Robert Coache, by and through his counsel Ralph Schwartz from Ralph Schwartz, PC and Edwin Brown from Brown Clark Le Ames Stedman & Cevallos LLP, hereby respectfully submit this Stipulation, Request and Order Extending Time to File Responses to Motions to Dismiss.  This is the second request for an extension of time to respond to the Motions to Dismiss.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

20221220 SAO to Extend Time to Respond to MTDs (2nd).DOCX   6943.254

Page 1 of 3

1. The LVMPD Defendants and DiGiacomo were served with Plaintiff's Amended Complaint on November 1, 2022. In response, DiGiacomo filed a Motion to Dismiss on November 29, 2022, [ECF No. 61] and the LVMPD Defendants filed a Motion to Dismiss on that same day also, [ECF No. 62]. The instant extension is requested as the Plaintiff's Counsel requires additional time to prepare responses to both Motions to Dismiss due to the holiday season.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including January 3, 2023, for Plaintiff to file responses to the Motions to Dismiss, [ECF Nos. 61 and 62]. In addition, the LVMPD Defendants and Di Giacomo, likewise, respectfully request that the time to file their respective reply briefs be extended up to and including January 23, 2023.

DATED this 20th day of December, 2022.

| RALPH A. SCHWARTZ, PC | KAEMPFER CROWELL |
|---|---|
| /s/ Edwin B. Brown | /s/ Lyssa S. Anderson |
| RALPH A. SCHWARTZ<br>Nevada Bar No. 5488<br>400 S. 7th Street, Suite 100<br>Las Vegas, NV 89101<br><br>EDWIN B. BROWN<br>*(Admitted Pro Hac Vice)*<br>California Bar No. 89447<br>BROWN CLARK LE AMES STEDMAN & CEVALLOS LLP<br>22342 Avenida Empresa, Ste. 125<br>Rancho Santa Margarita, CA 92688<br>**Attorneys for Plaintiff, Robert Coache** | LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>KRISTOPHER J. KALKOWSKI<br>Nevada Bar No. 14892<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants,**<br>**Colin Haynes, Lt. Nathan Chio** |

///

///

///

///

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20221220 SAO to Extend Time to Respond to MTDs (2nd).DOCX   6943.254

Page 2 of 3

1  CLARK COUNTY DISTRICT ATTORNEY

2  /s/ Scott Davis

3  STEVEN B. WOLFSON
   Nevada Bar No. 1565
4  SCOTT DAVIS
   Nevada Bar No. 10019
5  TIMOTHY ALLEN
   Nevada Bar No. 14818
6  500 South Grand Central Pkwy
   Las Vegas, NV 89155-2215

   **Attorneys for Marc DiGiacomo**

## ORDER

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 27th day of December, 2022.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20221220 SAO to Extend Time to Respond to MTDs (2nd).DOCX  6943.254

Page 3 of 3